UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. VANCLEAVE,<br><br>Defendant. | Case No. 6:24-po-00362-HBK-1<br><br>ORDER APPOINTING CJA COUNSEL<br><br>(Doc. No. 4) |

Before the Court is the Office of the Federal Public Defender's motion filed on July 31, 2024 on behalf of the Defendant seeking appointment of Criminal Justice Act (CJA) panel counsel due to conflict. (Doc. No. 4). Defendant, who is charged with an offense that carries a possible custodial term if convicted, submitted a Financial Affidavit under penalty of perjury demonstrating he is financially unable to obtain counsel. (Doc. No. 5).

Accordingly, it is **ORDERED**:

In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the motion (Doc. No. 4 ) is GRANTED and the Clerk shall appoint CJA panel counsel for Defendant.

Dated:   July 31, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE