IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:24-PO-00362-1-HBK |
|---|---|---|
| Plaintiff, | ) | ORDER APPOINTING COUNSEL |
| vs. | ) | |
| JAMES J. VANCLEAVE, | ) | |
| Defendant. | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him and the Court previously found that the interests of justice warranted appointing counsel for Defendant. *See* Order Appointing CJA Counsel dated July 31, 2024 (Doc. No. 7).

IT IS HEREBY ORDERED that Carol A. Moses be appointed to represent the above defendant in this case effective *nunc pro tunc* to August 6, 2024.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

Dated:   August 8, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

-1-